# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ERICKA SMITH,

        Plaintiff,

vs.

LAS VEGAS-CLARK COUNTY URBAN LEAGUE CAA,

        Defendant.

Case No. 2:12-cv-00545-JCM-CWH

**ORDER**

This matter is before the Court on Defendant's Motion for Leave to Appear Telephonically at Early Neutral Evaluation Conference (ENE) Set for September 17, 2012 (#22), filed August 23, 2012. Defendant seeks permission for representatives Linda LaSure and E. Lavonne Lewis to appear at the ENE. The Motion contains insufficient detail to determine if Defendant is requesting that these representatives attend in person or telephonically or their roles at the ENE. Defendant also requests that its insurance carrier representative, Traci Gill, participate telephonically. The only explanation for this request is to minimize travel burden and expense. The Court finds that Defendant failed to demonstrate good cause for permitting telephonically participation in the ENE.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Leave to Appear Telephonically at Early Neutral Evaluation Conference Set for September 17, 2012 (#22) is **denied without prejudice**.

DATED this 24th day of August, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**